

EPS

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

FILED IN OPEN COURT
MAY 25 2022
CHARLES R. DIARD, JR
CLERK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIM. NO. 22-00092-TFM |
| | * | USAO NO. 22R00221 |
| v. | * | |
| | * | VIOLATION: 18 USC § 875(c) |
| **DUSTIN NICHOLAS FRENCH** | * | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about April 29, 2022, from 11:29 a.m. to 11:31 a.m. in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**DUSTIN NICHOLAS FRENCH,**

knowingly and willfully did transmit in interstate and foreign commerce from Tampa, State of Florida, to the State of Alabama, a communication, to-wit: text messages, to an individual whose name is known to the Grand Jury and who is identified herein as C.M., and the communication contained a threat to injure persons in Mobile, Alabama. Specifically, **FRENCH** wrote:

> "Wait till I stab a Jewish women in the neck strip her naked and take her money.
> I promise you this is going to happen.
>
> Promose you and if you call the FBI? I'll kill a entire family with the childern first
>
> So not call Law Enforcement you will diw
>
> Die
>
> Got it?
>
> You call the FBI after I rob you and justification so? I will murder a entire family."

In violation of Title 18, United States Code, Section 875(c).

1

## COUNT TWO

On or about April 29, 2022, from 9:33 p.m. to 9:38 p.m., in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

## DUSTIN NICHOLAS FRENCH,

knowingly and willfully did transmit in interstate and foreign commerce from Tampa, State of Florida, to the State of Alabama, a communication, to-wit: text messages, to an individual whose name is known to the Grand Jury and who is identified herein as C.M., and the communication contained a threat to injure persons in Mobile, Alabama. Specifically, **FRENCH** wrote:

"Enjoy the funerals. I am going to murder you

...

Fucking promise you your fucking dead I specially want to murder Jewish Children

Now go cry to the FBI

Waaaaaaa boooo hooooo waaaaaaa

Your dead

Promise you

Bitch already got spit on elderly women report this to the FBI when I get out instantly .

Murder

Your going to mass murdered bitch"

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____
FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

*Elizabeth P. Stepan*
ELIZABETH P. STEPAN
Assistant United States Attorney

*Sean P. Costello by Kasee Heisterhagen*
SEAN P. COSTELLO
Chief, Criminal Division          MAY 2022